UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM TRAVIS,**<br><br>         Petitioner,<br><br>    v.<br><br>**DAVE DAVEY,** Warden**,**<br><br>         Respondent. | Case No. 14-cv-04068 YGR<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying Petition for Habeas Corpus Relief, **IT IS ORDERED AND ADJUDGED** that Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of the action.

**IT IS SO ORDERED**.

Dated: December 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**